# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–29284–bam</u>
**Chapter 7**

In re: (Name of Debtor)
    JAMES VINCENT BURBRIDGE      SHERRY LYNNE BURBRIDGE
    4651 SANDPIPER COURT      4651 SANDPIPER COURT
    PAHRUMP, NV 89061      PAHRUMP, NV 89061

Social Security No.:
    xxx−xx−2434      xxx−xx−2543

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT DAVID A. ROSENBERG is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 4/8/11      BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court